Case: 1:23-cv-14001 Document #: 1 Filed: 09/22/23 Page 1 of 3 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

MCp

RECEIVED

SEP 22 2023 EW

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Carol Jackson

Plaintiff

v.

Menasha Packaging

Defendant

United States District Court
Northern District of Illinois

23-cv-14001
Judge Tharp, Jr.
Magistrate Judge Jantz
RANDOM/ CAT 1

## COMPLAINT

I Carol Jackson work for menasha for 27 years. I have been subjected to Racial and Sex discrimination and Retation by menasha Corp for 3 years. In menasha discriminatory action an failure to ensure my safety cause me mental, Physical and financial harm. I Carol Jackson ask the Court to hear my Petition for the Right to sue. EEOC Right to sue is attach!

Carol Jackson
9-22-23

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Houston District Office
1919 Smith Street, 6th Floor
Houston, TX 77002
(346) 327-7700
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 06/30/2023

To: Carol J. Jackson
10144 South Luella
CHICAGO, IL 60617

Charge No: 440-2022-05849

EEOC Representative and email:   LETICIA FLORES
Investigator
Leticia.Flores@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2022-05849.

On behalf of the Commission,

Digitally Signed By:Rayford O. Irvin
06/30/2023

Rayford O. Irvin
District Director

**Cc:**
Jessica Simons
Menasha Corporation
1645 Bergstrom Road
Neenah, WI 54956

Please retain this notice for your records.